1  Michael D. Liberty (State Bar No.: 136088)
   mdlaw@pacbell.net
2  **LAW OFFICE OF MICHAEL D. LIBERTY**
   1290 Howard Avenue, Suite 303
3  Burlingame, California 94010
   Telephone: (650) 685-8085
4  Facsimile:  (650) 685-8086

5  Attorney for Plaintiffs

6  Thomas P. Hanrahan (State Bar No.: 110609)
   thanrahan@sidley.com
7  Kimberly H. Clancy (State Bar No.: 221782)
   kclancy@sidley.com
8  **SIDLEY AUSTIN BROWN & WOOD LLP**
   555 West Fifth Street, Suite 4000
9  Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
10 Facsimile:  (213) 896-6600

11 Attorneys For Defendants Pfizer,
   Inc. and Parke-Davis, a division
12 of Warner-Lambert Company

13
                        UNITED STATES DISTRICT COURT
14
                       NORTHERN DISTRICT OF CALIFORNIA
15

16 SANDRA LEIENDECKER, *et al.*,        ) Case No. C 05-3377 JCS
                                        )
17         Plaintiffs,                  ) Assigned to: Hon. Joseph C. Spero, Magistrate
                                        )
18    vs.                               ) **STIPULATION TO EXTEND TIME FOR
                                        ) FILING A RESPONSE TO PLAINTIFFS'
19                                      ) COMPLAINT (LOCAL RULE 6-1)**
   PFIZER, INC., *et al.*,              )
20                                      ) State Action Filed:  August 5, 2005
           Defendants.                  )
21                                      ) Removal Filed:  August 19, 2005
                                        )
22                                      )
                                        )
23 _____     )

---

**STIPULATION TO EXTEND TIME FOR FILING A RESPONSE TO PLAINTIFFS' COMPLAINT**

LA1 698193v.1

dockets.Justia.com

## STIPULATION TO EXTEND TIME
## FOR FILING A RESPONSE TO PLAINTIFFS' COMPLAINT

Pursuant to Local Rule 6-1, Defendants Pfizer, Inc. and Parke-Davis, a division of Warner-Lambert Company, (collectively "Pfizer") and Plaintiffs, hereinafter referred to as the "Parties," by and through their respective counsel of record, hereby STIPULATE AND AGREE that Pfizer's deadline for filing a response to Plaintiffs' Complaint shall be Wednesday, September 14, 2005.

This stipulation is based upon the following:

1.  Plaintiffs filed their Complaint in this action in the Superior Court for the State of California, County of San Mateo, on August 5, 2005;

2.  The Complaint was served on or about August 11, 2005;

3.  Pfizer removed this action to the United States District Court for the Northern District of California, on August 19, 2005;

4.  Pfizer has requested, and Plaintiffs have agreed to, an extension of the time within which Pfizer must file a response to Plaintiffs' Complaint;

The parties therefore have AGREED AND STIPULATED that, unless further extended, the time within which Pfizer must respond to the Complaint is extended to September 14, 2005.

Dated: August 26, 2005                    LAW OFFICE OF MICHAEL D. LIBERTY

By: _____
Michael D. Liberty
Attorneys For Plaintiffs Sandra Leiendecker, Justin Leiendecker, Courtney Leiendecker and Tayler Leiendecker

2
STIPULATION TO EXTEND TIME FOR FILING A RESPONSE TO PLAINTIFFS' COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: August 30, 2005 | SIDLEY AUSTIN BROWN & WOOD LLP |

By: _____
Thomas P. Hanrahan
Attorneys For Defendants Pfizer, Inc. and
Parke-Davis, a division of Warner-Lambert
Company

Dated: August 30, 2005

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

3

**STIPULATION TO EXTEND TIME FOR FILING A RESPONSE TO PLAINTIFFS' COMPLAINT**

LA1 698193v.1

## PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )  ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On August 30, 2005, I served the foregoing document described as:

1. **STIPULATION TO EXTEND TIME FOR FILING A RESPONSE TO PLAINTIFFS' COMPLAINT (LOCAL RULE 6-1)**

on all interested parties in this action as follows:

| | |
|---|---|
| Michael D. Liberty, Esq.<br>LAW OFFICE OF MICHAEL D. LIBERTY<br>1290 Howard Avenue, Suite 303<br>Burlingame, California 94010<br>Telephone: (650) 685-8085<br>Facsimile: (650) 685-8086 | Counsel for Plaintiffs **SANDRA LEIENDECKER, et al.** |

☑ **(VIA U.S. MAIL)** I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin Brown & Wood LLP, Los Angeles, California. I am readily familiar with Sidley Austin Brown & Wood LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ **(VIA EXPRESS MAIL)** I served the foregoing document(s) by Express Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope, with Express Mail postage thereon fully prepaid, for collection and mailing at Sidley Austin Brown & Wood LLP, Los Angeles, California. I am readily familiar with Sidley Austin Brown & Wood LLP's practice for collection and processing of Express Mail for mailing with the United States Postal Service. Under that practice, the Express Mail would be delivered to an authorized courier or dealer authorized by Express Mail to receive document(s) in the United States Postal Service on that same day in the ordinary course of business.

☐ **(VIA FACSIMILE)** I caused the foregoing document(s) to be served by facsimile transmission by use of facsimile machine number (213) 896-6600 to each interested party at the facsimile machine telephone number shown. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

---

LA1 698295v.1

| | |
|---|---|
| 1 | ☐ (VIA OVERNIGHT COURIER) I caused each such document(s) to be sent by _____ for overnight delivery. I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope, with fees thereon fully prepaid, for collection and delivery at Sidley Austin Brown & Wood LLP, Los Angeles, California. I am readily familiar with Sidley Austin Brown & Wood LLP's practice for collection and delivery of express carrier package for delivery with _____. Under that practice, the package(s) would be delivered to an authorized courier or dealer authorized by _____ to receive document(s) on that same day in the ordinary course of business. |

☐ (VIA HAND DELIVERY) I personally served the foregoing document(s) in this action by delivering such document(s) by hand to the addressee(s) shown above at the address(es) shown above, unless otherwise noted above.

☐ (VIA HAND DELIVERY BY COURIER) I personally served the foregoing document(s) in this action by delivering such document(s) by hand to the addressee(s) shown above at the address(es) shown above, unless otherwise noted above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2005, at Los Angeles, California.

_____
Denise D. Brown

2
PROOF OF SERVICE

LA1 698295v.1