A CERTIFIED TRUE COPY

OCT 7 [illegible]

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1629

C05-3377 WHA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
OCT 17 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Melissa Johnson, etc. v. Pfizer, Inc.*, D. Arizona, C.A. No. 2:05-2615
*Sandra Leiendecker, etc. v. Pfizer, Inc., et al.*, N.D. California, C.A. No. 3:05-3377
*Shirley Dolgoff v. Pfizer, Inc., et al.*, D. New Jersey, C.A. No. 2:05-4134
*Harold J. McPherson, etc. v. Pfizer, Inc.*, et al., N.D. Ohio, C.A. No. 5:05-1962

### CONDITIONAL TRANSFER ORDER (CTO-13)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 71 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

By: _____
Deputy Clerk

[signature] Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT 7 [illegible]

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION